IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Kansas City Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 12-20097-01-CM-JPO ) ) |
| JAMES CHRISTMAS | ) ) |
| Defendant. | ) ) |

### INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about August 14, 2010, in the District of Kansas, the defendant,

**JAMES CHRISTMAS**,

did knowingly and intentionally possess one or more materials which contained visual depictions of minors, the production of which involved the use of minors engaging in sexually explicit conduct, and the visual depictions were of such conduct that had been mailed, shipped, and transported by any means including computer, in interstate or foreign commerce, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

### Forfeiture Allegation

Upon conviction of the offenses in violation of Title 18, United States Code, Section 2252(a)(4)(B) as set out in Count 1 of this Indictment, the defendant,

**JAMES CHRISTMAS,**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253(a)(3), any and all property used and intended to be used in any manner to commit and to promote the commission of such offenses and any property traceable to such property, including but not limited to:

- One Hewlett Packard Computer serial number US11554003;
- WD external hard drive serial number WCA 177993991;
- WD 30GB hard drive;
- 3.5 floppy drive;
- Maxtor HDD; and
- Fujitsu HDD 3.5 CD/DVD.

This was all pursuant to Title 18, United States Code, Section 2253(a).

A TRUE BILL.

DATED: July 12, 2012

s/Foreperson
FOREPERSON

s/Kim I. Martin, #13407 for
BARRY R. GRISSOM
United States Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, KS 66101
(913) 551-6730
(913) 551-6541 (fax)
barry.grissom@usdoj.gov
Ks. S. Ct. No. 10866

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

2

## PENALTIES:

**Count 1**     **18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography**

- NMT 10 years incarceration;
- $250,000.00 Fine;
- NLT 5 years and NMT life SR; and
- $100.00 Special Assessment Fee

If the defendant has a prior conviction relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or a ward:

- NLT 10 years and NMT 20 years incarceration;
- $250,000.00 Fine;
- NLT 5 years and NMT life SR; and
- $100.00 Special Assessment Fee