IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,        )
                                 )
              Plaintiff,         )
                                 )
         v.                      )     Case No. 12-20097-01-CM
                                 )
JAMES CHRISTMAS,                 )
                                 )
              Defendant.         )
_____)

## FINAL ORDER OF FORFEITURE

WHEREAS, on September 9, 2013, this Court entered a Preliminary Order of Forfeiture ordering the forfeiture of the defendant's interest in the following property:

    A.    One Hewlett Packard Computer, serial number US11554003;

    B.    WD external hard drive, serial number WCA 177993991;

    C.    WD 30 GB hard drive;

    D.    3.5 floppy drive;

    E.    Maxtor HDD; and

    F.    Fujitsu HDD 3.5 CD/DVD.

WHEREAS, notice was published on an official government internet website, www.forfeiture.gov, for at least thirty consecutive days, beginning on November 18, 2015, of the intent of the United States to dispose of the property in accordance with the law; and, further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the property; and,

WHEREAS, it appears from the record that no petitions or claims, contested or otherwise, have been filed;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described below is hereby condemned, forfeited to, and vested in the United States of America, and shall be disposed of according to law:

A. One Hewlett Packard Computer, serial number US11554003;

B. WD external hard drive, serial number WCA 177993991;

C. WD 30 GB hard drive;

D. 3.5 floppy drive;

E. Maxtor HDD; and

F. Fujitsu HDD 3.5 CD/DVD.

SO ORDERED this 29th day of November, 2016.

s/ Carlos Murguia
HONORABLE CARLOS MURGUIA
DISTRICT COURT JUDGE