IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
    *Plaintiff,*

v.                                                           **CASE NO. 12-20097-CM**

**JAMES CHRISTMAS,**
    *Defendant.*

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

NOW on this 12th day of January, 2018, this matter comes before the Court upon the defendant's *Unopposed Motion to Modify Conditions of Supervised Release [Doc. 63]*, by counsel, Thomas W. Bartee, Assistant Federal Public Defender for the District of Kansas, for an order modifying the conditions of his supervised release to permit him to have unsupervised contact with his two minor children, A. C. and D. C.

Counsel for the Government, Kim Flannigan, and United States Probation Officer, Melissa Conn, have no objection to this modification to Defendant's supervised release conditions.

The Court, after being advised in the matter, hereby **grants** the defendant's *Unopposed Motion to Modify Conditions of Supervised Release [Doc. 63]*. The Court orders modification of the conditions of Defendant's supervised release to permit him to have unsupervised contact with his two

1

minor children, A. C. and D. C..

**IT IS SO ORDERED.**

Dated this 12th day of January, 2018, at Kansas City, Kansas.

/s/ Carlos Murguia
HON. CARLOS MURGUIA
United States District Judge
